IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE WILLIAMS,

      Plaintiff,                             No. CIV S-08-0549 LEW JFM P

    vs.

DR. ROBERT KLINGMAN, et al.,

      Defendants.                ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 7, 2008 request for an extension of time is granted; and

        2. Plaintiff shall file an amended complaint on or before May 17, 2008.

DATED: April 10, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp/001
will0549.36