IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE WILLIAMS,

    Plaintiff,                   No. CIV S-08-0549 LEW JFM P

    vs.

DR. ROBERT KLINGMAN, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint.  On April 11, 2008 plaintiff requested an extension of time to May 17, 2008 to file an amended complaint was filed with the court.  He repeated the request in this motion filed on April 18, 2008.  The first request was granted and plaintiff filed an amended complaint on May 22, 2008.  Accordingly this motion is moot.

        IT IS HEREBY ORDERED that plaintiff's April 18, 2008 request for an extension of time is denied.

DATED:  May 28, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp; 001; will0549.36(2)