IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE WILLIAMS,

      Plaintiff,                        No. 2:08-cv-0549 JAM JFM (PC)

   vs.

DR. DASSAH,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On January 12, 2009, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 12, 2009 motion for leave to amend is denied without prejudice.

DATED: January 27, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; will0549.10b

2